**mcm** **Midland Credit Management, Inc.**

Hours of Operation:  M – Fri: 8:00am – 7:30pm EST
Sat:  Closed
Sun:  Closed

P.O. Box 2121, Warren, MI 48090

Original Creditor:  CITIBANK (SOUTH DAKOTA),
N.A.
Original Account Number:  XXXXXXXXXXXX4405

Alfredo Garcia

P3T33
004

Current Owner:  Midland Funding LLC
Internal Legal Account Number:  226016
Current Balance:  $3,541.35

ılıılııılılılıılıı[lılllıılıılıılılılıllılılıl

**08/03/2016**                              **Internal Legal Account Number: 226016**

RE: Midland Funding LLC v. ALFREDO GARCIA et al.
    Court File Number: 12DC1400189

Dear Alfredo Garcia,

A judgment was entered against you in the above referenced matter on April 29, 2015 in the amount of
$3,509.11. As of 08/03/2016, the balance due and owing on the judgment is $3,541.35.
To date, the judgment remains unsatisfied.

Therefore, Midland Funding LLC has the right to inquire about your ability to pay the judgment and the existence
and location of assets that may be available to satisfy the judgment. Please review the enclosed Financial
Disclosure Form and provide the requested information within 30 days. If you fail to complete the form, we may issue
a subpoena.  That subpoena would require you to make a personal appearance to testify to the questions outlined in
the form.

Please feel free to contact us at (877) 218-9335 should you have any questions or concerns.

Thank you.

Regards,

Kristy Gabrielova

Managing Attorney, TX
(877) 218-9335

**Additional Information**

Your MCM account number is XXXXXX4197. When calling us to discuss your account or make a
payment, please refer to your Internal Legal account number of 226016.

When your account has been paid, and if data related to the account is still being furnished to the consumer reporting agencies,
a request will be made of the three major consumer reporting agencies to report the Midland Funding LLC trade line related to
the above referenced account as paid.

004B0