IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
SEP 27 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| ALFREDO GARCIA, | § | |
| Plaintiff, | § | |
| v. | § | Civil No: SA-17-CV-00523-OLG |
| | § | |
| | § | |
| | § | |
| MIDLAND CREDIT MANAGEMENT, INC., | § | |
| Defendant, | § | |

## ORDER ADMINISTRATIVELY CLOSING CASE

On September 1, 2017, a Joint Notice of Settlement was filed advising the Court that this case settled (see docket no. 6). Accordingly, the Court hereby administratively CLOSES this case pending the filing of dismissal papers. The Clerk of the Court is ORDERED to close this case upon entry of this Order. If the parties wish to reopen this case, they may do so by filing a motion to reopen.

It is so ORDERED.

Signed this _27_ day of September, 2017.

_____
ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE